The Court being Oppened and Called over with Constables who Attended on the Court and Sylence being Commanded they Proceeded To try the Causes following.

---

John Steavens Appealt
John Richardson Defendt

An appeale from a verdict and Judgmt given att the Court of the Whorkill in February 1679–80 for the Deft for Tittle of Land Called Willingbrook first surveyed for seated and Improved by the Deft upon full hearing of Procedings of said Court and what could be alleadged by both partyes their Evidences and Proofs The Court Confirms the said Judgmt and that the Defendt have and enjoye all the Land he hath Sealed and Improv'd with the buildings thereon the Appealt to pay Costs.

---

Coll. Lewis Morris Appealt
Gabrill Minveile Attorney
        to Lewis De Bois, Deft

An appeale from the Judgmt of the Court of Mayor and Aldermen Given the 13th of January 1679 about the negros taken by the Dutch and sold in vandue att the Esopus to the Defendt and runnaway from him to the appealt who Detained them; which the Appealt was Ordered to Deliver with Damage.  The proceedings of said Court being Read and partyes fully heard the Court Reversed the Judgmt in the Mayors Court, And give Judgmt for the Appealt that he keep the said two Negros.  The Deft to pay Costs of suite.

---

Paulus Richards, Appealt
Peter Peterson, Deft

An Appeale from a verdict and Judgmt Given for ye Deft att a Court of Sessions held att Gravesend in June last on a Debt of forty five pounds Due by bill from the sd Deft to one Peter Belieu and Assigned the Appealt Payable att three payments in wheate, Rye or Tobacco with six Per Cent Interest per Annum as by the bill pro-

duced and read in Court.   The proceedings of the Court of Sessions read and Partyes fully heard.   The Court Reverse the said Judgmt and Adjudge the Deft to Sattisfie and pay to the Appealt the said Debt with Interrest according to bill in six months time and ye Cost of this Court.